UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-22126-CV-WILLIAMS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

CORPORACION HOTELERA PALMA LLC,
*et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 29) ("***Report***") on Defendant Driftwood Hospitality Management LLC's Motion to Dismiss Plaintiff's Complaint (DE 19) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted without prejudice and with leave to file an amended complaint. (DE 29 at 2.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 29) is **AFFIRMED AND ADOPTED**.

2. Defendant Driftwood Hospitality Management LLC's Motion to Dismiss (DE 19) is **GRANTED** without prejudice and with leave for Plaintiff to file an amended complaint.[1]

3. Defendant Driftwood Hospitality Management LLC's Motion for Limited

---

[1] The Court notes that Plaintiff has already filed an amended complaint following Judge Goodman's Report (DE 32).

Stay of Discovery Pending Resolution of the Motion to Dismiss Plaintiff's Complaint (DE 27) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>3rd</u> day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE