UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-22126-CV-WILLIAMS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

CORPORACION HOTELERA PALMA
LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 49) ("***Report***") on Defendant Driftwood Hospitality Management, LLC's ("***Driftwood***") Renewed Motion for Limited Stay of Discovery Pending Ruling on Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Subject Matter Jurisdiction (DE 41) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted. (DE 49 at 2.) Specifically, Judge Goodman finds a stay in discovery pending a ruling on Driftwood's pending Motion to Dismiss (DE 40) is warranted because Driftwood's lack of standing argument "appears, at least at this stage, to have substantial merit." (DE 49 at 10.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law,  it is **ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 49) is **AFFIRMED AND ADOPTED**.

    2.    Defendant Driftwood Hospitality Management, LLC's Motion for Limited Stay of Discovery Pending Resolution of the Motion to Dismiss Plaintiff's

Complaint (DE 41) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>12th</u> day of December, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE